# MONARCH ELEVATOR COMPANY v. NORTHERN PACIFIC RAILWAY COMPANY.[1]

May 19, 1916.

Nos. 19,685—(88).

**Case followed.**

Action in the district court for Ramsey county to recover $385.09 for overpayments for transporting coal in carload lots over defendant's railway from

[1] Reported in 157 N. W. 998.

Duluth to Battle Lake. Plaintiff's demurrer to the complaint was sustained, Hanft, J. From the judgment entered pursuant to the order for judgment, defendant appealed. Affirmed.

*Charles W. Bunn* and *Charles Donnelly*, for appellant.

*Watson & Abernethy*, for respondent.

PER CURIAM.

The questions presented in this case are the same in all respects as those considered in the case of Solum against the same defendant, supra, page 93, and for the reason stated in that decision the judgment herein is affirmed.